**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TONYA GRAHAM,

                Plaintiff,                            22 **CIVIL** 8134 (JGK)

      -v-                                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated February 6, 2023, that the Commissioner's decision is reversed and that this action is remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Final judgment is entered in favor of the plaintiff, reversing the final decision of the defendant.

**Dated:**  New York, New York
        February 7, 2023

                                        **RUBY J. KRAJICK**

                                  _____
                                         **Clerk of Court**

                   **BY:**      K. Mango

                                          _____
                                         **Deputy Clerk**